UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANA GRAHAM, | : CIVIL ACTION |
| | : FILE NO: 1:16-cv-2213 |
| Plaintiff, | : |
| v. | : |
| | : COMPLAINT for violations of |
| HRCHITECT, INC. and MATT LAFATA, | : the Fair Labor Standards Act |
| | : of 1938, as amended |
| Defendants. | : JURY TRIAL DEMANDED |

PLAINTIFF JANA GRAHAM'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MATT LAFATA

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jana Graham, hereby dismisses Defendant Matt Lafata without prejudice.

This 20th day of September, 2016.

GARY R. KESSLER, P.C.

By: /s/ Gary R. Kessler
Gary R. Kessler
Georgia Bar No. 416562
3379 Peachtree Road, N.E.
Suite 400
Atlanta, Georgia 30326
404-237-1020 (office)
gkessler@martensonlaw.com
ATTORNEY FOR PLAINTIFF